UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALFREDO HERNANDEZ SALVO,<br><br>                   Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>                   Respondent. | CASE NO. 2:25-cv-00441-TMC-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's federal habeas Petition is dismissed without prejudice for failure to prosecute.

(3)    The Clerk is directed to send copies of this Order to Petitioner and to the Hon. Grady J. Leupold.

**DATED** this 30th day of July, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1